# Hop To It Investigations

Cami Sandifer
121 W. Hickory St.
Denton, Tx. 76201

# Invoice

**Date** 10/10/2014

**Invoice #** 739

| Bill To | Ship To |
|---|---|
| Coleman Law Firm<br>1710 Westminister Ste D<br>Denton, Tx. 76205 | |

**Terms**

**Case:**   **Marsha Niven USDC 4:14cv494**

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Serve Process... | 10/8/14 Dr. Robert Rankin (Out of Denton County) | 1 | 80.00 | 80.00 |
| Serve Process... | 10/8/14 E-Care Emergency LLC (Out of Denton County w/ same location discount) | 1 | 20.00 | 20.00 |
| Serve Process... | 10/8/14 E-Care Emergency LP (Out of Denton County w/ same location discount) | 1 | 20.00 | 20.00 |

| | |
|---|---|
| Subtotal | $120.00 |
| Sales Tax (7.75%) | $0.00 |
| Total | $120.00 |
| Payments/Credits | $0.00 |
| Balance Due | $120.00 |

**Hop To It Investigations**
Csandifer@hoptoitinvestigations.com
Hoptoitinvestigations.com

214-236-3055
940-898-0502



PLAINTIFF'S EXHIBIT
F